United States Bankruptcy Court
Southern District of Ohio

In re   Anthony R Norris
        Marilyn J Norris                               Case No.   2:12-bk-59891

        Debtor(s)                                      Chapter    13

## Notice of Change of Address

Debtor's Social Security Number:             xxx-xx-6542

Joint Debtor's Social Security Number:       xxx-xx-2182

Our Former Mailing Address was:

Name:                 Anthony R Norris and Marilyn J Norris

Street:               1236 Muirwood Drive

City, State and Zip:  Zanesville, OH 43701


Please be advised that effective March 17, 2016, our new mailing address is:

Name:                 Anthony R Norris and Marilyn J Norris

Street:               818 Chester St.

City, State and Zip:  Zanesville, OH 43701


                                    /s/ Anthony R Norris
                                    Anthony R Norris
                                    Debtor

                                    /s/ Marilyn J Norris
                                    Marilyn J Norris
                                    Joint Debtor

## CERTIFICATE OF SERVICE (LBR 9013-3)

I hereby certify that on March 17, 2016 in the year of Our Lord, a copy of the foregoing Notice of Change of Address was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the Court:

Asst US Trustee (Col)
Brian M Gianangeli on behalf of Creditor Ohio Department of Taxation
Theodore A Konstantinopoulos on behalf of Creditor Wells Fargo Auto Finance, Inc
Mitchell Marczewski on behalf of Debtor Anthony R Norris
Mitchell Marczewski on behalf of Joint Debtor Marilyn J Norris
Frank M Pees, Chapter 13 Trustee

And on the following by ordinary U.S. Mail addressed to:

Anthony R. & Marilyn J. Norris, 1201 Colony Dr., Apt. 39, Zanesville OH 43701

                                    /s/ Mitchell C. Marczewski
                                    MITCHELL C. MARCZEWSKI (0073258)